In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00051-CR
NO. 09-13-00052-CR
_____

JUAN CARLOS ABARCA, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 10-09734 and 11-12516**

**MEMORANDUM OPINION**

On January 7, 2013, the trial court sentenced Juan Carlos Abarca on convictions for aggravated sexual assault of a child and indecency with a child. Abarca filed notices of appeal on January 29, 2013. The trial court entered certifications of the defendant's right to appeal in which the court certified that these are plea-bargain cases and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certifications to

1

the Court of Appeals. On January 30, 2013, we notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. The appellant filed a response but failed to establish that the trial court's certifications should be amended. Because the records do not contain certifications that show the defendant has the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

    APPEALS DISMISSED.

 

 

_____
HOLLIS HORTON
Justice

Opinion Delivered March 6, 2013
Do Not Publish
Before Gaultney, Kreger, and Horton, JJ.

2